| | | | |
|---|---|---|---|
| Com. v. Ellis | 1852 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/14/2016 | CP–25–CR–0000767–2015<br>(Erie) |
| Com. v. Maxwell | 2014 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/14/2016 | CP–25–CR–0000196–2015<br>(Erie) |
| Com. v. Boniella | 358 WDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 11/14/2016 | CP–26–SA–0000144–2015<br>(Fayette) |
| In re C.F.; Appeal of J.B. | 609 WDA 2016<br>Affirmed | 11/14/2016 | CP–02–AP–0000075–2015<br>(Allegheny) |
| In re C.F.; Appeal of D.F. | 674 WDA 2016<br>Affirmed | 11/14/2016 | CP–02–AP–0000075–2015<br>(Allegheny) |
| Com. v. Cruz | 1980 EDA 2013<br>Affirmed | 11/15/2016 | CP–51–CR–0805421–2002<br>(Philadelphia) |
| Wells Fargo Bank v. Ferreri [17] | 403 EDA 2015<br>Affirmed | 11/15/2016 | 2009–42684<br>(Montgomery) |
| Com. v. Arsad | 1914 EDA 2015<br>Affirmed | 11/15/2016 | CP–51–CR–0205171–2005<br>(Philadelphia) |
| Bellamy v. Wells Fargo | 2391 EDA 2015<br>Affirmed | 11/15/2016 | July Term, 2013 No. 04117<br>(Philadelphia) |
| Com. v. Perez | 2438 EDA 2015<br>Affirmed | 11/15/2016 | CP–51–CR–0807921–2005<br>(Philadelphia) |
| Com. v. Dawkins | 2680 EDA 2015<br>Affirmed | 11/15/2016 | CP–51–CR–807922–2005<br>(Philadelphia) |
| Com. v. Harris [18] | 3334 EDA 2015<br>Affirmed | 11/15/2016 | CP–15–CR–0003632–2014<br>(Chester) |
| Com. v. Harris [19] | 3335 EDA 2015<br>Affirmed | 11/15/2016 | CP–15–CR–0003633–2014<br>(Chester) |
| Meyer–Chatfield Corp v. Bank Financia Services | 3385 EDA 2015<br>Appeal<br>dismissed | 11/15/2016 | 2013–29858,<br>2013–30326,<br>2014–11331<br>(Montgomery) |

17. Petition for reargument denied January 20, 2017.
18. Petition for reargument denied January 12, 2017.
19. Petition for reargument denied January 12, 2017.